## RENNER v. HAWK

No. 121P97

Case below: 125 N.C.App. 483

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## SANDERS v. WEST

No. 153P97

Case below: 125 N.C.App. 616

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## SCOTT v. BYRD FOOD STORES

No. 168P97

Case below: 125 N.C.App.. 616

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## SMITH v. JOHNSON

No. 166P97

Case below: 125 N.C.App. 603

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 June 1997.

## STATE v. BANKS

No. 193PA97

Case below: 125 N.C.App. 681

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question denied 5 June 1997. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 June 1997.